# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| AARON T. SIMAC, | ) |
| Plaintiff, | ) |
| vs. | ) 2:20CV48-PPS/JEM |
| LENDING CLUB CORP., | ) |
| Defendant. | ) |

## ORDER

The parties' joint Stipulation of Dismissal With Prejudice [DE 17] is SO ORDERED, and this action is DISMISSED WITH PREJUDICE, each party bearing its own costs.

The case is thereby **CLOSED**.

**SO ORDERED**.

ENTERED: June 1, 2020.

                                                   /s/ Philip P. Simon
                                              PHILIP P. SIMON, JUDGE
                                              UNITED STATES DISTRICT COURT